# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TIMOTHY W. JACKSON**                                            **PLAINTIFF**
**ADC #078665**

v.                     **CASE NO. 4:25-CV-01052-BSM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction,** *et al*.                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE